UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO INIESTA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-02668 |
| | § | |
| ULA'S WASHINGTON, LLC, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Magistrate Court's Memorandum and Recommendation Granting Defendants' Motions to Dismiss, filed on July 19, 2018 (Doc. #15). The time for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *See Cruz v. Colvin*, No. 7:14-CV-780, 2016 WL 728182, at *1 (S.D. Tex. Feb. 24, 2016). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety. Accordingly, Plaintiffs' Complaint is DISMISSED.

It is so ORDERED.

AUG 1 5 2018
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge